IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODDY A. GUZMAN, | No. CIV S-09-0427-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| M. McDONALD, | |
| Respondent. | |
| _____/ | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition challenges a conviction issued by the Kern County Superior Court. Kern County is part of the Fresno division of this court. See Local Rule 3-120(b). Because the Sacramento division is not the proper division, this action will be transferred to the Fresno division.

/ / /

/ / /

/ / /

/ / /

/ / /

1 | Accordingly, IT IS HEREBY ORDERED that this action is transferred to the
2 | United States District Court for the Eastern District of California sitting in Fresno.
3 |
4 | DATED: February 19, 2009
5 |
6 |                                      **CRAIG M. KELLISON**
                                     UNITED STATES MAGISTRATE JUDGE